# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**BRIAN ANDRE RILEY**                          **CIV. ACTION NO. 3:21-00750**

**VERSUS**                                     **JUDGE TERRY A. DOUGHTY**

**KILOLO KIJAKAZI, ACTING**                    **MAG. JUDGE KAYLA D. MCCLUSKY**
**COMMISSIONER, U.S. SOCIAL**
**SECURITY ADMINISTRATION**

# J U D G M E N T

The Report and Recommendation [Doc. No. 21] of the Magistrate Judge having been

considered, no objections thereto having been filed, and finding that same is supported by the

law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is

hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g)

for further proceedings consistent therewith.

MONROE, Louisiana, this 13th day of September 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE