UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRIAN ANDRE RILEY** | **CASE NO. 3:21-CV-00750** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 28] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Attorney Fees [Doc. No. 23] is hereby **GRANTED IN PART** and **DENIED IN PART**, and that the Commissioner is ordered to remit to Plaintiff's counsel a check made payable to Plaintiff Brian Riley for attorney's fees in the amount of $8,220.00 (41.1 hours at $200.00 per hour), plus costs of $22.50.

MONROE, LOUISIANA, this 18th day of May, 2023.

_____
Terry A. Doughty
United States District Judge